apsummon 8/2022

24-09046

# CERTIFICATION OF SERVICE

I, __Michaela Hixenbaugh__ (name), certify that service of this summons and a copy of the complaint was made __11/6/24__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
__Koinzan Organics, c/o Steven D. Koinzan, registered agent, 103 Whispering Pines Ln Box 7, Valentine, NE 69201__

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __11/6/24__     Signature __[signature]__

Print Name: __Michaela Hixenbaugh__

Business Address: __Wandro, Kanne, & Lalor, PC__
__2015 Grand Ave, Ste 102__
__Des Moines, Iowa 50312__