jdgfrm 5/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Global Processing, Inc.
Debtor

_____

Terry Lynn Gibson
Plaintiff

vs.

Koinzan Organics
Defendant

Chapter 7

Bankruptcy No. 22−00669

Adversary No. 24−09046

## JUDGMENT

The issues of this matter were considered by the Honorable Thad J. Collins, United States Bankruptcy Judge, and a decision was reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED:**

that judgment be entered against Defendant in the amount of $243,936.79.

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*

Date of Issuance: January 10, 2025

Deputy Clerk