United States Bankruptcy Court

Northern District of Iowa

Gibson,
    Plaintiff

Koinzan Organics,
    Defendant

Adv. Proc. No. 24-09046-TJC

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 08, 2025 | Form ID: entrydft | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Koinzan Organic, LLC,, registered agent, Steven Koinzan, 103 Whispering Pines Lane, Box 7, Valentine, NE 69201-1600 |
| dft | + | Koinzan Organics, 103 Whispering Pine Ln, Valentine, NE 69201-1600 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Terry Lynn Gibson | tgibson@wandrolaw.com filings@wandrolaw.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 2

entrydft 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Global Processing, Inc.
Debtor

_____

Terry Lynn Gibson
Plaintiff

vs.

Koinzan Organics
Defendant

Chapter 7

Bankruptcy No. 22–00669

Adversary No. 24–09046

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the defendant(s) listed below as authorized by Federal Rule of Bankruptcy Procedure 7055.

Koinzan Organics

Date: January 8, 2025

Sharon K. Mullin
Clerk, Bankruptcy Court
by:

*/s/ Nicole J. Becker*

Deputy Clerk